1

# OFFICIAL TRANSCRIPT PROCEEDING

# FEDERAL TRADE COMMISSION

MATTER NO.   1323212


TITLE            LUMOSITY MOBILE & ONLINE
               COGNITIVE GAME


DATE            RECORDED:  UNKNOWN
               TRANSCRIBED:  AUGUST 6, 2014


PAGES            1 THROUGH 5


For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit A, Page 1

2

ADVERTISEMENT - 1944

3

FEDERAL TRADE COMMISSION

I N D E X

RECORDING:                                    PAGE:

Recorded Advertisement                          3

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

4

FEDERAL TRADE COMMISSION

In the Matter of:            )

Lumosity Mobile and Online   )   Matter No. 1323212

Cognitive Game               )

-----------------------------)

       The following transcript was produced from a digital recording provided to For The Record, Inc. on August 4, 2014.

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**P R O C E E D I N G S**

-   -   -   -   -

MALE SPEAKER:  I can tell a big difference, decisions come quicker, I m more productive.  It s serious brain training, it just feels like games.

Well, Lumosity.com is based on neuroscience, so I figured if I want to get smart, I have to start smart, you know.

MALE SPEAKER:  No matter why you want a better brain, Lumosity.com can help.  It s like a personal trainer for your brain, improving your performance with the science of neuroplasticity, but in a way that just feels like games.

Start training with Lumosity.com right now and discover what your brain can do.

**(The recording was concluded.)**

6

**C E R T I F I C A T I O N   O F   T Y P I S T**

MATTER NUMBER: 1323212

CASE TITLE: LUMOSITY MOBILE AND ONLINE COGNITIVE GAME

TAPING DATE: UNKNOWN

TRANSCRIPTION DATE: AUGUST 6, 2014

    I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.

DATED:  AUGUST 6, 2014

_____

KATHY J. DeMENT

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Exhibit A, Page 6**

7

# C E R T I F I C A T I O N   O F   P R O O F R E A D E R

I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

_____

SARA J. VANCE

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Exhibit A, Page 7**

 lumosity     HUMAN COGNITION PROJECT     USER STORIES          **START TRAINING**     LOG IN

# Harness your brain's neuroplasticity and train your way to a brighter life

Lumosity turns neuroscience breakthroughs into fun, effective games. Stimulate your brain today.

**Start Training ➜**



Memory — Attention — Speed — Flexibility — Problem Solving

## Deeply personalized training

Your brain's abilities are unique. That's why your Personalized Training Program adapts to fit your brain and your life goals.

## Scientifically designed games

Research shows that your brain creates new neural circuitry when challenged—our scientists have turned those challenges into cognitive games that improve core cognitive functions.



🏆 97% of users improve

**Exhibit B, Page 1**



Just 10 hours of Lumosity training can create drastic improvements. Track your own amazing progress with our sophisticated tools.

# Built on proven neuroscience research

Lumosity is based on the science of **neuroplasticity**—your brain's ability to strengthen and grow. Multiple research papers have been published on Lumosity's effectiveness—and with its ongoing research collaborations, Lumosity continues to improve its ability to change your brain.

**LEARN MORE ABOUT THE SCIENCE**

# Trusted by over 35 million users

**READ MORE STORIES**

Playing Lumosity has improved my concentration and mental activity, helping me to be a better programmer.

**Jason P.**

Lumosity helps me to feel mentally agile. My mental math has gotten better and I'm more productive at work.

**Melissa W.**

Lumosity has made me aware of the areas I need to improve on. When I see progress, I feel energized and positive.

**Cory V.**





ABOUT LUMOSITY   HUMAN COGNITION PROJECT   USER STORIES   CONTACT   JOBS   PRESS   LEGAL   ACTIVATION CODES   HELP

Jun 14, 2013 2:13:09 PM

**Exhibit B, Page 2**

GO TO LUMOSITY HOME

 lumosity stories

START TRAINING    LOG IN

## Discover a brighter life

**Mimi T.** | SAN FRANCISCO
I play Lumosity because I want to train my brain to become more alert and responsive in all areas.

## Here are a few reasons why people play Lumosity



Burke L. | NEW YORK
I played Word Bubbles before my performance—in between warm ups!



Jeanne W. | ROHNERT PARK
Lumosity is helping me memorize courses and think quicker!



Jim B. | BELLE VERNON
Lumosity helps me keep my eye to hand coordination precise.



John P. | FAIRFAX
I believe that the mind, the body, and the spirit must be in balance.



Kade A. | BOISE
I play goalie, which requires fast reflexes in order to stop 80 mph balls.



Linda E. | RED BANK
Thanks, Lumosity, for helping a fifty-something win medals!





Jun 14, 2013 2:25:53 PM

**Exhibit B, Page 3**



**Luis A. | CALIFORNIA**
Lumosity's Attention exercises have helped me focus during competition.



**Sandy S. | RUDY**
I have noticed big-time improvements in my mental focus.



**Sara E. | NEW YORK**
Classical dance takes focus, memory, multitasking, and spatial awareness.



**Sarah A. | GUELPH**
The discipline I developed allowed me to push through this race.



**Tristan J. | HENDERSON**
Games such as Eagle Eye keep me aware of my surroundings.



**Alex B. | MONTREAL**
My firefighting team will rely on me, so there is no place for mistakes!



**Berkay A. | ISTANBUL**
As a pilot candidate, I am trying to sharpen my related skills.



**Carol B. | SAN FRANCISCO**
I work as a testbed engineer and am called upon to problem-solve 24-7.



**Darragh M. | CLONAKILTY**
A good Lumosity session after breakfast really helps keep me in top form.



**Geoff H. | CALGARY**
Lumosity has been an invaluable tool at work.



**Larry S. | PETERBOROUGH**
I will require that Lumosity become an important part of the training regimen.



**Leslie D. | NORTH PORT**
Lumosity has increased my ability to remember songs and melodies.



**Mary Jane F. | OKLAHOMA CITY**
As a pharmacist, there is always new material to learn.



**Melda G. | ISTANBUL**
I'm improving every day and gained back my self-confidence as well.



**Pamela G. | SAN FRANCISCO**
I feel sharper and more confident in all that I do.



**Shamil N. | POOLE**
Since using Lumosity, I have passed my pilot's aptitude test with flying colours.



**Stephen F. | SEATTLE**
I was not expecting to experience improvement in piano playing but I did.



**William T. | SAN FRANCISCO**
I'm starting my own business and need every advantage I can get.

Jun 14, 2013 2:25:53 PM

**Exhibit B, Page 4**



Andres L. | SAN FRANCISCO
Not only is it relaxing and fun, but I also feel I gain or improve on skills.



D.D. M. | GRAND RAPIDS
I like being able to identify distinct areas of progress and areas of need.

Marie-Louise P. | MUSCAT
I get a great kick out of challenging myself and a sense of achievement.



Susan B. | SUGAR LAND
Games like Memory Matrix help me remember body positions.



Corinn H. | RIVERHEAD
I had trouble staying focused with my chaotic 5-person family.



Diane T. | EL SALVADOR
I am actively doing something that may keep my mind fit for years to come.



Marcus Y. | SAN FRANCISCO
I haven't taken any formal education for years and I felt like I was stagnating.



Susan G. | FORT WORTH
I love my job and plan to work for many years. Therefore I have to stay sharp.



Tracy E. | HENDERSONVILLE
I want to see her, and future grandchildren, grow up.



Whitney M. | WABASH
I play to keep up with the little girl in the photo, my 2-year-old.

Jun 14, 2013 2:25:53 PM

**Exhibit B, Page 5**





**Exhibit B, Page 7**





**Exhibit B, Page 9**





GO TO LUMOSITY HOME

 **THE HUMAN COGNITION PROJECT**

Get Involved →

# Lumosity's Human Cognition Project revolutionizes our understanding of the human brain.

The Human Cognition Project (HCP) is a groundbreaking collaboration between researchers worldwide. Neuroscientists, clinicians, teachers, and academics are coming together to advance the field of neuroscience.

Lumosity now has the world's largest and fastest growing database on human cognition—which currently includes over 40,000,000 research subjects and over 780,000,000 cognitive gameplays. Our scientists mine this data to uncover insights that help them improve the efficacy of the Lumosity cognitive training program.

### The Research Behind Lumosity

Learn about the science behind Lumosity's training program. Read peer-reviewed articles and find out about ongoing research from HCP collaborators.

**LEARN MORE**

### Get Involved in the HCP

Sign up to contribute to the HCP research effort today. Open to researchers, educators, clinicians, volunteers, and more.

**LEARN MORE**

ABOUT LUMOSITY   HUMAN COGNITION PROJECT   USER STORIES   CONTACT   JOBS   PRESS   LEGAL   ACTIVATION CODES   HELP

Jun 14, 2013 2:27:37 PM

GO TO LUMOSITY HOME


**THE HUMAN
COGNITION PROJECT**

**Get Involved →**

OVERVIEW    COMPLETED RESEARCH    ONGOING RESEARCH TOPICS    BIBLIOGRAPHY    OUR TEAM

# The Research Behind Lumosity





## Completed Research

15 summaries
Read summaries of peer-reviewed papers and conference presentations on the efficacy of Lumosity training.
Learn More



## Ongoing Research

38+ projects
Learn about current projects from the global HCP network. Learn More



## Bibliography

24 items
View a bibliography of all HCP articles, papers, posters, and presentations in one place. Learn More

Or if you'd like to understand the basics of neuroscience, read our Neuroscience 101 guide.

ABOUT LUMOSITY   HUMAN COGNITION PROJECT   USER STORIES   CONTACT   JOBS   PRESS   LEGAL   ACTIVATION CODES   HELP

Jun 14, 2013 2:27:46 PM

**Exhibit B, Page 13**

GO TO LUMOSITY HOME


**THE HUMAN COGNITION PROJECT**

Get Involved →

OVERVIEW    COMPLETED RESEARCH    ONGOING RESEARCH TOPICS    BIBLIOGRAPHY    OUR TEAM

# Completed Research behind Lumosity

**RESEARCH FROM HCP COLLABORATORS**

## Lumosity can improve key skills that affect quality of life

A 2013 peer-reviewed study from Stanford University shows that Lumosity training can improve the brain's executive functions, which are a key driver of everyday quality of life. Dr. Shelli Kesler found that women who completed about 12 weeks of Lumosity training improved significantly on a common neuropsychological test (the WCST) compared to a control group of women that did not train. The training targeted skills such as working memory, verbal fluency, processing speed, and cognitive flexibility. Read more

View the original paper in Clinical Breast Cancer



**RESEARCH FROM LUMOS LABS**

## Lumosity game performance is linked to when users train

Lumosity users tend to do better on working memory and attention tasks in the morning, but reach peak performance in creative tasks later in the day. This analysis was based on data from 714,188 users.

View the original poster



**RESEARCH FROM LUMOS LABS**

## Large-scale study on how students can benefit from Lumosity

1204 students from 40 different schools participated in a semester-long study of Lumosity in the classroom. Students who supplemented their regular curricula with Lumosity training improved more than a control group on a battery of cognitive assessments.

View the original poster



**RESEARCH FROM HCP COLLABORATORS**

## Lumosity increases prefrontal cortex activity in cancer survivors

A published study by Dr. Shelli Kesler of Stanford University Medical School shows that Lumosity can improve cognition in childhood cancer survivors. 23 pediatric cancer survivors completed 40 sessions of Lumosity training to combat "chemofog"—and they significantly increased processing speed, cognitive flexibility, and memory recall. In addition, brain imaging results showed increased activity in the prefrontal cortex, a part of the brain associated with the ability to plan, organize information, and focus attention. Read more

View the original paper in Brain Injury



**RESEARCH FROM LUMOS LABS**

## Healthy adults can benefit from Lumosity training

A collaboration between Lumos Labs and researchers from Stanford and UCSF has yielded the first peer-reviewed, controlled trial to demonstrate that web-based cognitive training can significantly enhance cognitive performance in healthy adults. 23 participants (mean age 54) did Lumosity training for 5 weeks, after which they improved visual attention and memory in untrained assessments by 20% and 10%, respectively. The control group that did not train did not improve. Read more

View the original paper in Mensa Research Journal



**RESEARCH FROM LUMOS LABS**

## Lumosity gives students a boost in classrooms worldwide

1,392 students from 43 different schools took part in an investigation of Lumosity's effect on academic performance as part of the Lumosity Education Access Program (LEAP). Students aged 6 to 18 took standardized assessments of cognitive performance before and after Lumosity training to measure baseline improvement. After several weeks, the trained group improved significantly over the education-as-usual control group on these standardized assessments. And the more training, the larger the improvements. Read more

View the original poster

**RESEARCH FROM HCP COLLABORATORS**

## Lumosity can enhance brain function



# Lumosity can enhance brain function and math skills in girls with Turner syndrome

Training with Lumosity can enhance cognitive function and change the way the brain processes math, according to a study by Dr. Shelli Kesler. Kesler worked with 18 girls with Turner syndrome--a genetic disorder known to disrupt cognitive functioning and produce deficits in math ability. Participants used special math-focused Lumosity training over the course of 6 weeks and experienced clinically significant improvements in processing speed, cognitive flexibility, visual attention, and math skills on tests. fMRI brain scans revealed changes in brain activity in the frontal and parietal regions related to executive control and attention. Read more

View the original paper in Neuropsychological Rehabilitation



RESEARCH FROM HCP COLLABORATORS

# Lumosity improves sustained attention in study of mild cognitive impairment

Researchers at the University of New South Wales in Sydney, Australia published research showing that Lumosity training improved cognition in older adults with mild cognitive impairment (MCI)--a disease linked to Alzheimer's. The study's 16 participants completed 30 sessions of Lumosity training over the course of 8-10 weeks and improved at a visual sustained attention test. Another group of participants served as controls and received regular treatment without cognitive training. Read more

View the original paper in Brain Impairment



RESEARCH FROM HCP COLLABORATORS

# Lumosity training holds promise for emotional regulation

Dr. Anett Gyurak of Stanford University used Lumosity training to target skills necessary for emotional well-being in both healthy adults and patients with Generalized Anxiety Disorder/Major Depressive Disorder. Participants underwent a combined training regimen that included 30 days of Lumosity training (for healthy adults) or 30 days of a training regimen that combined Lumosity games and emotional processing games (for patients). A variety of pre/post tests found that healthy adults demonstrated reductions in anxiety and depression, and increases in beneficial emotional processing. Patients experienced similar benefits in symptom reduction. You can visit Dr. Gyurak's lab website here. Read more

View the original poster

RESEARCH FROM LUMOS LABS

# Training creates long-lasting

Exhibit B, Page 16



## Training creates long-lasting improvements

Training-related improvements in cognitive performance persist over time but depend on age. Results from an online study of 140,000 participants. Read more

View the original poster



RESEARCH FROM LUMOS LABS

## Lumosity improves math skills in teens

A sample of 440,000 users aged 13 to 17 revealed that Lumosity created dramatic improvements in arithmetic abilities in adolescents and young adults.

View the original poster



RESEARCH FROM LUMOS LABS

## Age's effects on learning

The rates of both age-related cognitive decline and training improvement depend on the cognitive tasks. Over 20,000 individuals' baseline scores and training improvements were analyzed in four distinct cognitive domains.

View the original poster



RESEARCH FROM LUMOS LABS

## How lifestyle relates to cognition

Top cognitive performance on 3 Lumosity games was associated with lifestyle factors such as sleep, exercise, and alcohol in a sample of 127,048 people. Read more

View the original poster



RESEARCH FROM LUMOS LABS

## Investigating Lumosity's Brain Performance Test (BPT)

Jun 14, 2013 2:28:04 PM

**Exhibit B, Page 17**



Lumosity's in-house Brain Performance Test is a reliable benchmark of cognitive performance when compared to existing validated brief intelligence tests, such as the Wechsler Abbreviated Scale of Intelligence (FSIQ-2, 15 minute version, r = 0.88)5. Performance on Lumosity's BPT changes with age in the same way as performance on fluid intelligence tasks. More cognitive training is associated with larger improvements on the Brain Performance Test.

View the original poster



RESEARCH FROM LUMOS LABS

## Lumosity training transfers to multiple measures of cognitive performance

Analysis of Lumosity's user database revealed a significant relationship between completing Lumosity exercises and improving at measures of problem solving, task switching, and processing speed. This work described a model that takes into account the cognitive distance between training tasks and assessments, capturing more variability in assessment performance.

View the original poster

ABOUT LUMOSITY   HUMAN COGNITION PROJECT   USER STORIES   CONTACT   JOBS   PRESS   LEGAL   ACTIVATION CODES   HELP

Jun 14, 2013 2:28:04 PM

**Exhibit B, Page 18**



Jun 14, 2013 2:28:12 PM

GO TO LUMOSITY HOME



**THE HUMAN COGNITION PROJECT**

Get Involved →

OVERVIEW    COMPLETED RESEARCH    ONGOING RESEARCH TOPICS    BIBLIOGRAPHY    OUR TEAM

# Your brain is amazing. Learn just how much it can do.



Over the last few decades, neuroscientists have learned that your brain has the amazing ability to grow and change at any point in your lifetime. This breakthrough has opened the door to myriad possibilities, from increasing intelligence and memory in daily life to recovering from traumatic injuries.

Learn about the basic science behind: neuroplasticity, research in the field, and brain training.

Teach me!





Jun 14, 2013 2:29:11 PM

**Exhibit B, Page 20**

# Neuroplasticity: the incredible, flexible brain

Your brain has the innate ability to physically change itself when faced with new, challenging experiences. This ability is called **neuroplasticity.**

Your brain's billions of **neurons** —its cellular building blocks—interact with each other in complex ways. Signals travel from one neuron to another down intricate **neural pathways** whose structures determine your thoughts, impulses, emotions, insights, and more.

As our brains age through childhood, these neural pathways change: less-used pathways are pruned away

while pathways that you use regularly grow stronger. **Each task relies on a different neural pathway.**

Neuroplasticity is your brain's ability to **create neural pathways** and reshape existing ones—even as an adult. Your brain makes these small changes naturally throughout your lifetime. But when neuroplasticity's potential is thoughtfully and methodically explored, this physical reorganization can make your brain **faster and more efficient** at performing all manner of tasks—no matter how large or small they may be.

Prove it to me





# A rich body of neuroplasticity research

Neuroplasticity suggests that anyone can improve their brain, no matter what their age or background. A growing body of research adds more credence to this concept every day.

course of six weeks, elderly participants gained **skills that transferred to real-world abilities** —they experienced fewer declines in their ability to perform basic daily activities.

Recently, Dr. Susanne Jaeggi from the University of Michigan found that young adults improved **fluid intelligence** performance after training with a working memory task called dual n-back (Jaeggi, et al., 2008). Fluid intelligence is the type of dynamic problem-solving that you use when encountering new challenges—it's what most people mean by "intelligence."

A study of over 2,000 elderly adults in 2002 suggests that even older brains have plenty of room to improve and learn. (Ball, et al., 2002). After 10 hours of training over the

And finally, Lumos Labs collaborated with Stanford and San Francisco State University researchers to publish a groundbreaking study showing that **healthy adults benefit** from web-based cognitive training (Hardy et al., 2011). Participants in this peer-reviewed controlled trial saw 20% improvements in visual attention and 10% improvements in working memory.

The body of evidence for neuroplasticity and brain training is constantly growing. For a full picture of HCP research on these topics, see the Research Behind Lumosity.

Tell me how to use this





## How you can harness your brain's abilities

You, too, could achieve amazing improvements. But not every experience can rewire your brain for the better: in order to fully harness the power of neuroplasticity, you need to **challenge your brain** with training that's novel, adaptive, and complete.

This complex formula explains why some popular games

such as Sudoku and crosswords don't increase intelligence—the more you play these games, the more you retrace overlearned pathways in your brain. You need carefully calibrated challenges to really strengthen and stretch your brain.

Jun 14, 2013 2:29:11 PM

Explain this formula



## Novelty forces your brain to change

Novel challenges present unexpected obstacles, forcing your brain to work in new ways. When your brain encounters these new challenges, it must remodel its existing circuitry and find new pathways for information processing.

That's because the brain assigns special neural pathways for each type of task. Just as you use different muscle

groups for running and swimming, so you use different neural circuitry for reading and watching a movie. Familiar tasks simply reactivate existing circuitry —which can keep your brain active, but won't change or improve it in fundamental ways.

## Adaptivity keeps your brain challenged

You have a unique set of cognitive strengths and weaknesses. A task that's easy for someone else may be a challenge to you, and vice versa.

In order to improve, you need tasks appropriate for your brain's ever-changing ability levels. As your brain becomes stronger, it's able to handle tougher challenges. This response to challenges is a **key part of neural growth,** and you need challenges that adapt quickly enough to push you.

That's where online cognitive training is truly breaking ground. Cutting-edge technology makes it possible for online games to adapt to your brain on a moment-by-moment basis. That's why we call Lumosity a **personal trainer for your brain** —like a personal trainer, we know you well enough to push you to be even better.

## A complete program makes sure you're improving in every way

Your brain is a complex machine with parts that work together. That's why it's important to get **complete** ~~training~~ es multiple core brain functions—even the simplest tasks draw upon more

details and dialogue. You need to store and manipulate information in your working memory throughout the movie to understand how all of it ties together.

**Exhibit B, Page 23**

than one cognitive ability.

Imagine watching an action movie. You need to process information quickly to understand how the plot evolves. You need to pay sharp attention or you'll miss key

Even the simplest tasks require a sophisticated choreography of neural activity. That's why it's important to get **balanced training** that exercises a wide variety of skills—and improves abilities you need to successfully navigate your daily life.

What does this mean for me?





## Brain training has the potential to change lives

Neuroplasticity can have wide-ranging applications if properly and carefully explored. Researchers have used brain training to rehabilitate patients with brain trauma, chemofog, Mild Cognitive Impairment, and more. But healthy people have also used brain training to sharpen

their daily lives and ward off cognitive decline. You, too, can harness the power of neuroplasticity to remember more, think faster, and **achieve your full potential** in every aspect of life. The benefits may well be endless.

ABOUT LUMOSITY   HUMAN COGNITION PROJECT   USER STORIES   CONTACT   JOBS   PRESS   LEGAL   ACTIVATION CODES   HELP

Jun 14, 2013 2:29:11 PM

**Exhibit B, Page 24**

 lumosity

START TRAINING    LOG IN

## About Lumosity

OVERVIEW    OUR TEAM    PARTNERS

At Lumos Labs, we believe in improving brains—and lives. That's why we created a simple online tool to allow anyone to achieve their brain's full potential. Drawing on the latest neuroscience breakthroughs, Lumosity's brain training program is shown to work. No matter what your age or background, you can feel smarter, sharper, and brighter.



### The web's #1 brain training program

Over 40 million people already use Lumosity.com, and we're adding more each month. These users join Lumosity to achieve big goals, make daily life easier, and just feel a little brighter. And thanks to Lumosity training, users report positive and profound results.

Read user stories »

### Developed by neuroscientists

Lumosity's groundbreaking program is based on extensive research in the field of neuroplasticity. Our in-house R&D team works with researchers from Berkeley, Columbia, and more to create the most effective training possible.

Read more about the science »





### Proven benefits

Multiple studies have been published on Lumosity's ability to improve key abilities such as working memory, visual attention, fluid intelligence, and executive function. No matter what your age, improving these core cognitive abilities can improve real-life abilities.

Read more about the proven benefits »

ABOUT LUMOSITY   HUMAN COGNITION PROJECT   USER STORIES   CONTACT   JOBS   PRESS   LEGAL   ACTIVATION CODES   HELP

**Exhibit B, Page 25**

 lumosity

START TRAINING    LOG IN

## About Lumosity

OVERVIEW    OUR TEAM    PARTNERS

## Partners

At Lumos Labs, we believe in building strong relationships not just with our users, but also with other researchers and businesses. We've worked hard to develop a community of scientists, medical researchers, healthcare providers, and news outlets committed to the benefits of brain training. This growing network includes researchers at Columbia, Berkeley, and Harvard. It also includes organizations such as Touchstone Health, Blue Cross Blue Shield, and Medi-Care First.

Learn about how you or your institution can partner with Lumos Labs »

       

## Scientific Board

**Moriah Thomason, Ph.D.**

Pediatrics and Psychology, Wayne State University and the Merrill Palmer Skillman Institute. Her work is focused on studying the changes in a child's brain over time that lead to improvements in emotion regulation and cognitive control.

**Cris Niell, Ph.D.**

Neuroscience, University of Oregon. Studies the anatomical and functional changes in neurons during the development of the visual system.

Jun 14, 2013 2:30:03 PM

**Michael Walker, Ph.D.**

President of Walker Bioscience, Consulting Professor at Stanford University. Specialization in biostatistics, biotechnology, and bioinformatics for biotechnology R&D.

**Elizabeth Race, Ph.D.**

Neuroscience, Boston University, Memory Disorders Research Center. Currently researching the neural substrates of memory and cognitive control in younger and older adults and memory disorders in patients with amnesia.

**Jennifer Tsui, Ph.D.**

Neuroscience, McGill University. Studying cell signaling pathways and visual system plasticity. Doctoral work examined the molecular underpinning of memory and learning.

**Raag Airan, MD, Ph.D.**

Radiology, Johns Hopkins University School of Medicine and Internal Medicine, Washington Hospital Center. Develops optical tools for studying the neural basis of neuropsychiatric diseases.

**Wesley C. Clapp, Ph.D.**

Neuroscience, Neuroscouting LLC. Specialization in human neural plasticity as well as major research interests in memory, attention, distraction and aging.

## Collaborators

**Martin Buschkuehl, PhD and Susanne Jaeggi, PhD**

University of Michigan

Dual N-Back training to improve fluid intelligence in healthy adults

**Thomas Dannhauser, PhD**

University College London

Combining Lumosity training, physical fitness, and social engagement to improve outcomes in patients with mild cognitive impairment (MCI)

**Maurice Finn and Skye McDonald, PhD**

University of New South Wales

Lumosity training to improve cognition in patients with mild cognitive impairment (MCI)

**Anett Gyurak, PhD**

Stanford University

Improving emotion regulation in young adults through cognitive training

**Shelli Kesler, PhD**

Stanford University

Improving cognitive outcomes in cancer survivors and children with genetically based learning disabilities

**Christine Hooker, PhD**

Harvard University

Lumosity training to improve outcomes in patients with schizophrenia

**Chris Johnson, PhD**

University of California, San Diego

Lumosity training to improve outcomes in combat veterans suffering from traumatic brain injuries stress disorders (PTSD)

Jun 14, 2013 2:30:03 PM

**Eric Johnson, PhD**

Columbia University

Decision making over the lifespan

**George Loewenstein, PhD**

Carnegie Mellon University

Incentivizing healthy behavior in elderly

ABOUT LUMOSITY   HUMAN COGNITION PROJECT   USER STORIES   CONTACT   JOBS   PRESS   LEGAL   ACTIVATION CODES   HELP

Jun 14, 2013 2:30:03 PM

Lumosity Review from John P., Fairfax - Lumosity





## John P. | FAIRFAX

When I saw the commercial for Lumosity, I joined right away. I had been slow in making decisions, slow in adapting to changing situations in my everyday life, and forgetful. I've been practicing mixed martial arts (thai boxing, muay thai, wrestling, jiu jitsu, grappling) since early April and I'm not surprised that my most significant progress has been since early June, when I started doing Lumosity.

It is crucial that I think quickly, listen, remember, and focus on what I do because if I don't...I get punched in the face! As a mixed martial artist, my body has to be loose,

**Exhibit B, Page 29**

Lumosity Review from John P., Fairfax - Lumosity

but I must be thinking about what my opponent is doing and what I will do next. I have to see their entire body without staring at where I'm going to strike next so I won't give it away. If they change their stance, I have to change mine; if they mix up their punches and kicks, I have to adapt to it; if we go from fighting on our feet to fighting on the ground, my mind has to switch entirely from punches and kicks to grappling and submissions; things can go in any direction.

I learn several different combinations every day and if I am slow to apply them, my penalty is pain. The biggest problem is if I think too hard, I get stiff and don't move— and I must always be loose and moving. Lumosity's Speed and Attention games have helped things slow down for me when I'm fighting an opponent. As soon as he moves, I can see what he's doing and effectively react. The Memory programs have helped me remember my combinations so I can be really loose and not try to think so hard. The Flexibility programs (mainly Brain Shift) have challenged me the most because I've had a problem with getting really tense and panicking as my brain "shifts," but the game has helped me to relax; so if I go from muay thai, to wrestling, to jiu jitsu, back to muay thai, I can effectively react and use the right techniques.

All of these aspects combined together have made a dramatic difference. I haven't fought professionally, but when I spar I am a lot smoother than I was a month ago and I panic a lot less; which leads to me landing the punches and not my opponent! My whole aim in doing martial arts is not to hurt anyone though. It's to conquer my body. Without good cognitive skills, this couldn't effectively happen. I believe that the mind, the body, and the spirit must be in balance and now, my mind is finally getting with the program! Thanks Lumosity!

# Related Stories

Lumosity Review from Kade A., Boise - Lumosity



**LOG IN**



## Kade A. | BOISE

I play goalie, which requires fast reflexes in order to stop 80 mph balls coming at me. I'm heading to college soon for lacrosse, most likely at Princeton. Lumosity has helped my reaction time, attention in class, and my test scores! Without Lumosity I wouldn't be this successful! I'd recommend it to anyone and everyone!

## Related Stories

# Brain Trainer by Lumosity.com

## Basic Training · Session 3

Results indicate that Lumosity can improve a wide variety of core cognitive skills - from attention and memory to intelligence and math skills. These improved abilities can help people do better in school, perform more effectively at work, and live a more productive life. Learn more about the science behind Lumosity in the Science section.

**Start Training**

You are in a 5 session free trial

## Your progress

CURRENT FOCUS: **Intro**                    OVERALL BPI ?




Training


Games


Profile


Science


More

**Exhibit C, Page 1**