# lumosity

Start Today's Training



## Reach New Heights with Lumosity

Lumosity training has had positive results for several populations — and the below Mensa Research Journal study shows that Lumosity can help healthy adults improve too. Unlock your personalized training program today to keep your brain active.

Unlock Training Program →

## Lumosity Training Really Transfers, New Study Says



Lumosity's neuroscience team, in collaboration with researchers from Stanford and San Francisco State University, published an important new study in *Mensa Research Journal* in 2011. This was the first peer–reviewed, controlled trial to demonstrate that web–based cognitive training can enhance cognitive performance in healthy adults.



Unlock your Lumosity Training Program to enjoy:

· Personalized daily workouts
  Enjoy games handpicked to challenge you

· All 40+ games
  Train a wide variety of cognitive skills whenever you want

· Training Reminders
  Get email reminders any day of the week

· How You Compare
  See how you stack up against members of

**Exhibit D, Page 1**

LUMOS-FTC00017589

All 23 participants took an assessment at the beginning of the study to measure baseline ability in two important cognitive functions: working memory and visual attention.

After 5 weeks of Lumosity training, participants tested an average of 20% higher in visual attention and 10% higher in working memory compared to baseline. A control group of participants who did not use Lumosity training did not improve.

## Why this study matters

This study goes above and beyond others of its kind in building a persuasive case for cognitive training for the general population. Firstly, the experiment's control group showed that people did not improve at assessments without training. Secondly, these assessments of attention and memory were different from the tasks used in Lumosity training — thus indicating that people didn't simply improve at game-specific abilities.

Instead, the results suggest that training improvements transferred to core cognitive abilities outside of games.

This study shows that Lumosity training is something that can stick with you beyond the games. Whether at home, at work, or at play, the benefits of Lumosity training can enhance certain cognitive functions that you rely upon in different aspects of life. You use working memory to juggle complex ideas at work, and visual attention to focus on important information.

Unlock all 40+ games and training tools to let Lumosity take your brain to new heights.

different ages

· Training History
  Advanced feature:
  track your progress
  and uncover your
  unique strengths

· Free mobile training
  Train wherever,
  whenever with on-
  the-go workouts

Unlock Lumosity →



### Train your memory

Follow that Frog is based on the *n-back* task, which has been used in clinical research. Unlock advanced memory games and stimulate your brain today!

Unlock all games



### More Science

· Landau et al.
  *Association of Lifetime
  Cognitive Engagement*

**Exhibit D, Page 2**

LUMOS-FTC00017590



See Lumosity Plans →

and Low {beta}–
Amyloid Deposition.
Archives of Neurology
2012;
0(2012):archneurol.
2011.2748.

· Stern, Yaakov.
*Cognitive reserve and
Alzheimer's disease.*
Alzheimer Dis Assoc
Disord, 20 (suppl 2)
(2006), pp. S69–S74.

HUMAN COGNITION PROJECT     ABOUT     JOBS     PRESS
LEGAL     ACTIVATION CODES     HELP

The email address linked to your Lumosity account is %%EMAIL%%.

Click here to update your email preferences or unsubscribe. Note that even if
you unsubscribe, we will send certain account–related emails, such as purchase
details or requests for password resets.

Have questions? We're here to help! Contact us anytime. Lumos Labs, Inc. | 140
New Montgomery, Floor 19 | San Francisco, CA 94105

**Exhibit D, Page 3**

Follow Lumosity:    Visit Lumosity.com   Start Training

# Lumosity blog

Who We Are     Science     Topics     [Search the Blog]

# Lumosity in the classroom can positively impact students

By Pam Zhang  |  Posted June 4, 2013  |

Tweet     Email     ShareThis





**LUMOSITY ON YOUTUBE**

**FACEBOOK LIKE BOX**



Lumosity
You like this.

You and 2,170,974 others like Lumosity. 2,170,974 people like Lumosity.

Facebook social plugin

The above drawing, submitted by a 4th grade boy from a Colorado classroom, depicts his positive experience with Lumosity. And his story is not uncommon among the 1,305 students worldwide who participated in Lumosity's Education Access Program (LEAP) in the spring of 2012. So far, results are promising: LEAP students who trained with Lumosity improved scores on standardized tests of cognitive ability.

**The link between Lumosity and classroom learning**
In any learning process, strong core cognitive abilities provide students of all ages with the mental scaffolding to support more complex activities such as formulating an argument, writing a creative story, and navigating social situations. Researchers have found that core cognitive abilities such as working memory and processing speed are factors for educational achievement in math, science, and reading.

That's why the LEAP program offers free Lumosity subscriptions to students, simultaneously aiming to help young learners and contribute to cutting-edge research on learning and cognition. Thanks to the 45 schools that participated in LEAP in the 2012 spring semester, our neuroscientists were able to run a large-scale experiment that shows how effective cognitive training can be for students.

**How Lumosity impacted student performance**
Teachers who participated in LEAP divided their students into two groups: one group supplemented classroom activities with Lumosity training, while the other group followed a normal curriculum. Both groups took a cognitive assessment before and after the semester in order to measure their individual improvement.

Created by Lumosity neuroscientists, this assessment measured students' core cognitive abilities using adaptations of common neuropsychological tasks. For example, one section asked students to connect 25 dots as quickly as possible, a direct adaptation of the Trail Making Test originally invented in 1944 to assess intelligence and still used today in clinical settings. Other sections of the assessment drew upon similarly well-vetted tasks.

**Exhibit E, Page 1**

After analyzing data from 45 LEAP schools in 6 countries, we found that students who trained with Lumosity for a semester showed significant improvements in assessment scores compared to students who kept to a standard academic schedule. In fact, those who invested more than 9 hours into Lumosity improved almost twice as much as those who didn't play.

**Positive stories point to a bright future**

Numbers aside, we've received many enthusiastic student stories that hint at Lumosity's less-quantifiable impacts on willpower, perseverance, and goal-setting. One student explained: "Lumosity helps me concentrate in all my sports and stay focused in class. I've gotten more self-confident while taking tests and Lumosity strengthens my ability to remember facts, all the while playing games. My favorite game is Familiar Faces because remembering names of people is a really great strength to have."

Teachers, too, report seeing the broader implications of Lumosity training. Deborah Zamin, who teaches 8th graders in Toronto, says that "Lumosity has been helpful…in helping students optimize their learning strategies and apply that to their academic and para-scholastic life."

We're proud to assist students and teachers across the world. In the process, we hope to use the technology at our disposal to reimagine what an effective learning experience looks like for students of all ages.

In addition to the results of LEAP, research has shown that cognitive training can positively impact people of many different ages and backgrounds. Train with Lumosity today and keep your brain active, no matter where you are in life.

*New to Lumosity? Sign up for free today!*

**Sign Up For Lumosity →**

*Have a free account already? Unlock all 40+ games and full performance history now!*

**Subscribe Today For Full Access →**

FILED UNDER: BRAIN GAMES



**About Pam Zhang**
Pam Zhang studied Creative Nonfiction Writing and Cognitive Science at Brown University (and a smattering of Egyptology too). All this has left her with an itch for unearthing all the weird and wonderful connections between our brains, our bodies, and our ideas of self. Now writing for Lumos Labs, she'd like to know what facets of neuroscience you want to read about!
Find me on Google+

Back to Top ▲

**lumosity**blog

Popular Posts
The Science Behind Lumosity

Recent Comments
Lumosity Research Shows Improvements in Memory | on

Connect
Contact Us

**Exhibit E, Page 2**

Lumosity Introduces The Human Cognition Project
How much and how often should I train?
5 Habits Linked to Brain Health

Lumosity Cognitive Enhancement Research Published in Mensa
Reducing Age's impact upon Mental Abilities | Delightful & Distinctive COLRS on Your Aging Brain
Diet Sodas: Changing Your Brain And Your Waistline | AE CrossFit on Diet Sodas: Changing Your Brain And Your Waistline
Your Aging Brain | The Passive Voice on Your Aging Brain

Like Us on Facebook
Follow Us on Twitter
Watch Us on Youtube

## Lumosity

Home
Gift Memberships
Family Plans
Activation Code
Help

## Lumos Labs

Contact Us
About Us
Press
Partners
Careers
Privacy Policy
Terms of Service

Copyright © 2013 Lumos Labs, Inc. All Rights Reserved

Follow Lumosity:    | Visit Lumosity.com | Start Training

# lumosityblog

Who We Are    Science    Topics    [Search the Blog]  🔍

## Lumosity's Athlete Testimonial Contest!

By Hallie Fryd  |  Posted June 25, 2012  |

 Tweet    Email    ShareThis



STRONG MIND, STRONG BODY

*"Lumosity helps me stay focused during the last mile of the race."*

Show us how Lumosity has helped take your athletic abilities to the next level for the chance to win a Lifetime Subscription, the new iPad, and more!

Win the grand prize by having your friends vote for you!

**LUMOSITY ON YOUTUBE**

The best athletes don't just have strong bodies. They also have strong minds equipped with excellent attention, great memory for routines, incredible flexibility for adapting to new situations, and reaction speeds quick enough to handle any incoming ball, puck, or challenge. No matter what kind of athlete you are, it's possible to enhance these skills using Lumosity!

Has Lumosity training helped YOU become a better athlete? Then enter the Lumosity Athlete Testimonial Contest by sharing your story and a photo of you engaged in an athletic pursuit!

**TO ENTER:**

You can enter the Lumosity Athlete Testimonial Contest through our contest page on Facebook by clicking HERE, or by emailing your entry to community@lumoslabs.com.

**REQUIREMENTS:**

All submissions must include

1) a photo of the entrant engaged in an athletic pursuit,

2) at least one sentence describing how Lumosity training has improved the entrant's athletic ability,

3) First and Last name of entrant,

4) City entrant lives in and

5) email address where entrant can be reached. Twelve winners will be selected by popular vote on Facebook; two will be selected by the Lumos Labs staff based on quality of the submission (see "Prizes" page for more information).

Note: Because entries emailed to community@lumoslabs.com, and not through the contest

**FACEBOOK LIKE BOX**



**Lumosity**   Like   You like this.

You and 2,168,751 others like Lumosity. 2,168,751 people like Lumosity.

Facebook social plugin

page, cannot be publicly voted on they will only be eligible for prizes chosen by Lumosity (see "Prizes" page for more information).

**TIMELINE:**

Submission round: June 26th, 2012 @ 12am (PDT) to June 29th, 2012 @ 11:59PM (PDT)

Voting round: June 26th, 2012 @ 12am (PDT) to June 29th, 2012 @ 11:59PM (PDT)

**PRIZES:**

1. Winner of the popular vote will receive the new iPad, 16 GB, Wi-Fi enabled and a Lifetime Subscription to Lumosity. (1 entry)

2. The runner-up of the popular vote will receive a Lifetime Subscription to Lumosity, as will the best TWO submissions as judged by the Lumosity team. (3 entries)

3. Submissions that come in 3rd through 7th place in the popular vote on Facebook will receive a 1-Year subscription to Lumosity. (5 entries)

4. Submissions that come in 8th through 12th place in the popular vote on Facebook will receive a 1-Month subscription to Lumosity. (5 entries)


**CONTEST RULES:**

NO PURCHASE NECESSARY. A PURCHASE OR PAYMENT OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.

1. **Eligibility**: The Contest is FREE to enter and open to all individuals, and have reached the age of 18 at the time of their Entry (as defined below) ("**you**" or "**Contestant**"). It is your responsibility to ensure that you are legally eligible to enter the Contest under any laws applicable to you in your jurisdiction of residence or otherwise. The employees, officers and directors of the Contest Facilitators as well as the immediate family (spouse, parents, siblings and children) and household members of each such employee, officer and director are not eligible to participate in the Contest. The Contest is void outside the Region(s) specified, or in any country embargoed by the United States, and where otherwise prohibited by applicable federal, state, provincial or local laws, rules or regulations.

2. **Agreement to Official Rules**: By participating in the Lumosity Athlete Testimonial Contest, you fully and unconditionally agree to and accept these Rules and the decisions of the Organizer and/or Administrator, which are final and binding in all matters related to the Lumosity Athlete Testimonial Contest. Whether or not you receive a Prize is contingent upon fulfilling all requirements set forth in these Rules. The Lumosity Athlete Testimonial Contest is subject to all applicable federal, state, and local laws. The Organizer is responsible for ensuring the Contest complies with all laws in all jurisdictions where the Lumosity Athlete Testimonial Contest is offered. CONTESTS are void where prohibited by law.

3. **Contest Period**: The Lumosity Athlete Testimonial Contest opens on the date and time specified in the Contest Summary, and ends on the date and time specified in the Contest Summary (the "**Contest Period**"). The Administrator's computer is the official time-keeping device for the Lumosity Athlete Testimonial Contest.

The Organizer determines if an Entry meets the Contest Requirements and otherwise complies with the Rules.

5. **Terms of Submission**: You may enter the Lumosity Athlete Testimonial Contest as many times as is specified in the Contest Summary. You may delete your Entry at anytime. By participating in the Contest you permit public voting in connection with your Entry.

**Exhibit F, Page 2**

6. **Rights Granted by you**: By entering this Contest, you agree that:

   1. the Administrator, Organizer, and their respective licensees, successors and assigns will have the right to use all or a part of your Entry, your name and address (city and state/province/territory), and the names, likenesses, photographs, voices and images of all persons appearing in the Entry anywhere in the world and in perpetuity, for future advertising, trade, promotion and publicity in any manner and in any medium now known or hereafter devised throughout the world in perpetuity, without compensation and without notice to you and without consideration, review or approval from you; and

   2. you agree that you will not now nor in the future be paid for your Entry or for granting the Administrator any of the rights set out in these Rules.

7. **Your Representations and Warranties**: By entering the Lumosity Athlete Testimonial Contest, you represent and warrant that:

   1. your Entry, in its entirety, is an original work by you and you have not included third party content (such as writing, poetry, text, graphics, artwork, logos, photographs, likeness of any third party, musical recordings, clips of videos, television programs or motion pictures) in or in connection with your Entry without permission;

   2. your Entry, the use thereof by the Contest Facilitators, or the exercise by the Organizer or Administrator of any of the rights granted by you under these Contest Rules, does not and will not infringe or violate any rights of any third party or entity, including, without limitation, patent, copyright, trademark, trade secret, defamation, privacy, publicity, false light, misappropriation, confidentiality, or any contractual or other rights;

   3. you have all the rights, licenses, permissions and consents necessary to submit the Entry and to grant all of the rights that you have granted to the Contest Facilitators under these Contest Rules;

   4. all persons who were engaged by you to work on the Entry, who appear in the Entry in any manner, or have contributed to the Entry have:

      1. given you their written consent to submit the Entry without claims for payment of any kind; and

      2. provided written permission to include their name, likenesses, image or pictures in or with your Entry (or if a minor who is not your child, you must have the permission of their parent or legal guardian) and you may be asked by the Contest Facilitators to provide such permission in writing to the Contest Facilitators; and

   5. You have read, understood, accept and agree to be bound by the Administrator's Terms of Service set out at http://www.strutta.com/terms-of-service and Privacy Policy set out at http://www.strutta.com/privacy-policy, as they may be amended from time to time.

8. **Prizes**: The Organizer will provide the Prize(s) to be awarded for a particular Contest. No substitution of a Prize will be made unless the Organizer, in its sole discretion, determines otherwise. A Prize must be accepted as awarded, and the odds of winning are dependant upon the total number of eligible Entries received for the Contest Period. If, as a result of an error relating to the entry process, drawing or any other aspect of the Contest, there are more potential winners of Prizes than contemplated in these rules, there will be a random draw amongst all eligible Prize claimants after the Contest Closing Date (as set out in the Contest Summary) to award the correct number of Prizes.

9. **Winner(s)**: The winner(s) ("**Winner(s)**") of the Prize(s) will be selected, as specified in the Contest Summary, from all eligible Entries received. If you are selected as a Winner, you will be notified of the selection of your Entry by the phone or email address provided by you on the Registration Form. If you do not respond to the phone or email notification of your selection as a Winner within three (3) days, an alternate Winner will be selected to receive the Prize. All decisions of the Organizer in selecting the Winner (s) are final and binding on all Entrants in all matters relating to the Contest.

**Exhibit F, Page 3**

10. **To Redeem Prize**: Except where prohibited, a Winner (or his/her parent/legal guardian if the Winner is a minor in his/her jurisdiction of residence) shall be required to execute and return to the Organizer within ten (10) days of the date notice or attempted notice is sent, an Eligibility, Declaration of Compliance with the Rules and Liability & Publicity Release Form ("**Declaration and Release Form**") in order to claim the Prize. To be officially declared a Winner, each selected Entrant must first correctly answer, without assistance of any kind, a mathematical skill-testing question. The skill-testing question, along with Declaration and Release Form, will be forwarded to each Winner by email. A Prize is personal to the Winner and is non-transferable. If a Winner cannot be contacted, or fails to execute and return the Release Form within the required time period (if applicable), or if the Prize is returned as undeliverable, the Winner forfeits the Prize. Acceptance of any Prize shall constitute and signify the Winner's agreement and consent that the Contest Facilitators may use the Winner's name, photo, city, state, likeness, Entry and Prize information in connection with the Contest, worldwide, including on the internet, without limitation and without further payment or consideration, except where prohibited by law. Each Winner (or his/her parent/guardian if the Winner is a minor) is responsible for all taxes and fees associated with receipt of the Prize.

11. **Voting**: Online voting begins and ends as stated in the Contest Summary (the "**Voting Period**"). Anyone who registers on the Contest Site can vote for their favorite Entry or the Entry that best meets the judging criteria during the Voting Period. The Contest Facilitators have the right, in their sole discretion, to maintain the integrity of the Contest, including the right to void votes, including, but not limited to, for the following reasons:

    1. multiple votes from the same user from different IP addresses or from different email addresses; fraudulent entry votes (using a redirect link, a disguised link, a fraudulent link, etc.);
    2. technical malfunction of servers or internet connection;
    3. user(s) recanting their own votes;
    4. technical or content upgrades that render votes incompatible or inconsistent; and
    5. inappropriate conduct in promoting votes (spam, harassment, etc.).

12. **General Conditions**: The Contest Facilitators have the right to verify your eligibility and compliance with these Rules, and to disqualify you on the basis of its investigation.Your personal information will be processed in accordance with the Administrator's Privacy Policy, as amended from time to time. You should direct any request to access, update, or correct your personal information to Administrator.You may not enter with multiple e-mail and/or street addresses, nor may you use any other device or artifice to submit more than one (1) Entry or vote. If you use fraudulent Entry methods, or otherwise attempt to participate with multiple e-mail and/or street addresses under multiple identities, or use any device or artifice to enter more than one (1) Entry, you will be disqualified. In the event of a dispute as to any Entry, the authorized account holder of the e-mail address used to enter will be deemed to be the person who made the Entry. For the purposes of these Rules, the authorized "account holder" is the natural person assigned an e-mail address by an internet access provider, online service provider or other organization responsible for assigning e-mail addresses for the domain associated with the submitted address.Nothing contained in these Rules shall be construed to: (i) give any party the power to direct and control the day-to-day activities of the other; (ii) constitute the parties as partners, joint venturers, principal and agent, employer and employee, co-owners or entrants in a joint undertaking; or (iii) allow you to create or assume any obligation on behalf of the Organizer.By entering the Contest, you fully and unconditionally agree to and accept these Rules and the decisions of the Contest Facilitators and the members of the voting community, which are final and binding on all matters relating to this Contest.Contest Facilitators reserve the right to cancel, modify or suspend the Contest at any time (subject to approval of any regulatory body having jurisdiction), if it is determined that the Contest cannot be run as originally planned or if fraud or any other occurrence comprises the fairness or integrity of the Contest.If the Contest is operated in Quebec, Canada, any decision to be made by Administrator may

**Exhibit F, Page 4**

be subject to a ruling of the Régie des alcools des courses et des jeux du Québec. You understand and agree that this Contest is in no way sponsored, endorsed or administered by, or associated with, Facebook, and any comments, questions or concerns regarding the Contest shall be directed to the Contest Facilitators and not to Facebook.

13. **Liability Provisions**: The Contest Facilitators are not responsible for human error, theft, destruction, or damage to Entries or other factors beyond its reasonable control.You assume all risk of damaged, lost, late, incomplete, invalid, incorrect or misdirected Entries. The Contest Facilitators make no warranty, representation or guarantee, express or implied, in connection with its ability to in any way enable, develop or market the idea set forth in your Entry.The Contest Facilitators shall not be liable to a Winner or any other person for failure to supply the Prize or any part thereof, by reason of the Prize becoming for reasons beyond the reasonable control of the Contest Facilitators unavailable or impracticable to award, or for any force majeure event, technical or equipment failure, terrorist acts, labor dispute, or act/omission of any kind (whether legal or illegal), transportation interruption, civil disturbance, or any other cause similar or dissimilar beyond the Organizer's control.The Organizer, Administrator and their employees, officers, directors, agents, contractors, representatives, affiliates, divisions, subsidiaries, resellers, dealers, distributors, advertising/promotion agencies, and Facebook, Inc. (the "**Released Parties**") shall not assume any responsibility whatsoever for any of the following: delayed, failed, partial or garbled computer transmissions; technical failures of any kind, including, but not limited to, lost, interrupted or unavailable network, server, internet, or other connections; the availability, accessibility, technical failure or miscommunications of computer, satellite, telephone or cable transmissions; the incorrect or inaccurate capture or failure to capture information whether caused by Site or Contest Site users, tampering, hacking, or by any equipment or programming associated with or utilized in the Contest; errors of any kind whether human, mechanical, electronic, network or otherwise arising out of or relating to the Contest; theft, loss, destruction or damage to an Entry in whole or in part; and other factors beyond their reasonable control. The Released Parties are not responsible for injury or damage to your or to any other person's computer related to or resulting from participating in the Contest or downloading materials from or use of the Site or any Contest Site.CAUTION: ANY ATTEMPT BY YOU TO DELIBERATELY DAMAGE THE SITE OR ANY CONTEST SITE OR UNDERMINE THE LEGITIMATE OPERATION OF THE CONTEST IS A VIOLATION OF APPLICABLE CRIMINAL AND CIVIL LAW. SHOULD SUCH AN ATTEMPT BE MADE, THE ORGANIZER AND ADMINISTRATOR RESERVE THE RIGHT TO SEEK DAMAGES FROM ANY SUCH PERSON TO THE FULLEST EXTENT OF THE LAW AND TO DISQUALIFY YOU FROM THE CONTEST.LIMITATIONS OF LIABILITY AND RELEASE: BY SUBMITTING AN ENTRY, YOU AGREE THAT THE RELEASED PARTIES WILL HAVE NO LIABILITY WHATSOEVER FOR, AND WILL BE RELEASED AND HELD HARMLESS BY YOU AND YOUR HEIRS, EXECUTORS, REPRESENTATIVES, SUCCESSORS AND ASSIGNS FOR ANY CLAIMS, LIABILITIES, OR CAUSES OF ACTION OF ANY KIND OR NATURE FOR ANY INJURY, LOSS OR DAMAGES OF ANY KIND, INCLUDING DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES TO PERSONS, INCLUDING, WITHOUT LIMITATION, DISABILITY OR DEATH, AND DAMAGE TO PROPERTY, DUE IN WHOLE OR IN PART, ARISING DIRECTLY OR INDIRECTLY, NOW OR IN THE FUTURE FROM THE DELIVERY, ACCEPTANCE, USE OR MISUSE OF THE PRIZE, ANY AND ALL USE AS PROVIDED HEREIN OF YOUR ENTRY, OR PARTICIPATION IN THIS CONTEST AND/OR ANY RELATED CONTEST. WITHOUT LIMITING THE FOREGOING, EVERYTHING ON THE SITE AND ANY CONTEST SITE IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. SOME JURISDICTIONS MAY NOT ALLOW THE LIMITATIONS OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES OR

**Exhibit F, Page 5**

EXCLUSION OF IMPLIED WARRANTIES, IN WHICH CASE SUCH LIMITATION OR EXCLUSION SHALL APPLY ONLY TO THE EXTENT PERMITTED BY THE LAW IN THE RELEVANT JURISDICTION.

14. **Choice of Law**: These Rules shall be governed by and construed in accordance with the laws of the Province of British Columbia, and the laws of Canada, as applicable herein, without reference to its conflicts of laws principles. Any and all disputes, claims, and causes of action with the Contest Facilitators arising out of or connected with this Contest, other than the determination or validity of claims, shall be resolved individually, and exclusively by arbitration under the British Columbia International Commercial Arbitration Centre, in accordance with its rules, as amended from time to time. Any and all claims, judgments, and awards shall be limited to actual out-of-pocket costs incurred, including costs associated with participating in this Contest, but in no event attorneys' fees. You hereby waive all rights to: (i) claim or be awarded any punitive, direct, indirect, incidental, and consequential damages and any other damages, other than for actual out-of-pocket expenses; and (ii) to have damages multiplied or otherwise increased.

15. **Disclaimer**: This Contest is in no way sponsored, endorsed or administered by, or associated with, Facebook, Inc. Any comments or questions about the Contest should be addressed to the Contest Facilitators.

FILED UNDER: BRAIN GAMES



**About Hallie Fryd**

Hallie studied communication design and history at Carnegie Mellon University. She is currently the community manager at Lumosity.com, and loves finding new ways to connect with all 20 million Lumosity members. She also wrote the young adult, nonfiction book, "Scandalous!" which chronicles 50 juicy (and historically important) scandals of 20th century American history.

Find me on Google+

Back to Top ▲

# lumosityblog

**Popular Posts**

The Science Behind Lumosity
Lumosity Introduces The Human Cognition Project
How much and how often should I train?
5 Habits Linked to Brain Health

**Recent Comments**

Lumosity Research Shows Improvements in Memory | on Lumosity Cognitive Enhancement Research Published in Mensa

Reducing Age's impact upon Mental Abilities | Delightful & Distinctive COLRS on Your Aging Brain

Diet Sodas: Changing Your Brain And Your Waistline | AE CrossFit on Diet Sodas: Changing Your Brain And Your Waistline

Your Aging Brain | The Passive Voice on Your Aging Brain

**Connect**

Contact Us
Like Us on Facebook
Follow Us on Twitter
Watch Us on Youtube

**Lumosity**

Home
Gift Memberships
Family Plans
Activation Code
Help

**Lumos Labs**

Contact Us
About Us
Press
Partners
Careers
Privacy Policy
Terms of Service

Copyright © 2013 Lumos Labs, Inc. All Rights Reserved

LUMOS-FTC00018899_HIGHLY_CONFIDENTIAL.html[11/14/2014 5:29:55 PM]

Follow Lumosity:    Visit Lumosity.com   Start Training

# LUMOSITY blog

Who We Are   Science   Topics

Search the Blog

## How Brain Training Can Improve Your Athletic Game

By Ben Katz  |  Posted August 30, 2011

  



**LUMOSITY ON YOUTUBE**

**FACEBOOK LIKE BOX**



Lumosity
Like   You like this.
Like
You and 2,168,750 others like Lumosity. 2,168,750 people like Lumosity.

Facebook social plugin

By Ben Katz

"You have to train your mind like you train your body."

Regulars on the Lumosity blog will recall seeing advice like this before, but the above quotation is something different. Though many have likened cognitive training to exercise, Olympian Bruce Jenner was actually referring to mental training as a means for improving athletic performance. With seasons starting for football, basketball, and other sports, we've received many inquiries from our users about how cognitive training with tools like Lumosity can help people become better athletes.

As it turns out, researchers have long investigated mental training's influence on a wide variety of sports and athletic pursuits. Scientists at the University of Calgary studied how training elements of visual attention could improve free-throw performance on the basketball court, and researchers at the University of Central Oklahoma looked into visual training's ability to improve volleyball performance. With athletes and coaches looking for every possible edge, it's no surprise that there are dozens of studies devoted to cognitive training and sports performance that target everything from soccer and cricket to golf and tennis.

Many of our users have written in testifying to Lumosity's ability to give them an edge in their favorite sport. One such user, Montreal-based boxer Sylvera "Sly" Louis, was the focus of an article on brain-training and exercise in USA Today just last week. The article attributes Louis's impressive comeback—from 625th in the world to top 200—to a training regimen with some unusually non-physical elements: "Louis spent countless hours on Lumosity, a brain-training program from Lumos Labs that includes 35 games and exercises aimed at increasing alertness, sharpening memory skills, improving concentration, and thinking faster. The boxer says he improved his reaction times. 'Every little moment matters,' Louis says."

Other Lumosity users describe similar improvements. Triathlete Johnson Jia of British Columbia pairs his Lumosity training with swimming, biking, and running. Arizona Cardinals defensive end Calais Campbell uses Lumosity on his smartphone and says he does it to "keep my brain sharp." Lumosity users even include former Olympians: cyclist Gennry Robic, who competed for Canada in the Seoul and Los Angeles Olympics, says "I exercise my body, now it is also part of my routine to exercise my brain and it feels GREAT!!!"

So if you're an athlete thinking about using Lumosity to get that competitive edge this season, rest assured that you're in good company. And if you've already discovered ways in which Lumosity has improved your game, reply to this post and share your own success story!

---

FILED UNDER: BRAIN HEALTH, LUMOSITY NEWS



**About Ben Katz**

Ben Katz is a Product Manager and Game Designer at Lumos Labs. He also coordinates the Lumosity Education Access Program, an outreach initiative that provides schools with access to Lumosity training for their students. Ben studied Film Studies and Psychology at Columbia University.

Find me on Google+

Back to Top ▲

# lumosityblog

**Popular Posts**

The Science Behind Lumosity
Lumosity Introduces The Human Cognition Project
How much and how often should I train?
5 Habits Linked to Brain Health

**Recent Comments**

Lumosity Research Shows Improvements in Memory | on Lumosity Cognitive Enhancement Research Published in Mensa
Reducing Age's impact upon Mental Abilities | Delightful & Distinctive COLRS on Your Aging Brain
Diet Sodas: Changing Your Brain And Your Waistline | AE CrossFit on Diet Sodas: Changing Your Brain And Your Waistline
Your Aging Brain | The Passive Voice on Your Aging Brain

**Connect**

Contact Us
Like Us on Facebook
Follow Us on Twitter
Watch Us on Youtube

## Lumosity

Home
Gift Memberships
Family Plans
Activation Code
Help

## Lumos Labs

Contact Us
About Us
Press
Partners
Careers
Privacy Policy
Terms of Service

Copyright © 2013 Lumos Labs, Inc. All Rights Reserved

**Exhibit G, Page 2**

LUMOS-FTC00018851_HIGHLY_CONFIDENTIAL.html[11/14/2014 5:28:00 PM]

Follow Lumosity:    | Visit Lumosity.com | Start Training

# Lumosity blog

Who We Are    Science    Topics    Search the Blog

## Improve Your Job Performance, Attitude, and Ratings

By Ben Katz  |  Posted January 17, 2012  |

 Tweet    Email    ShareThis



**LUMOSITY ON YOUTUBE**

**FACEBOOK LIKE BOX**



The New Year marks changes in many areas of our lives, and work is no exception. We may resolve to get a more exciting job, finally earn that big promotion, or win a major deal. There are several ways for us to prepare for the challenges associated with achieving these goals: we rehearse interviews, conduct research, and burn the midnight oil at the office.

Here at Lumosity we're deeply interested in the real-world applications of cognitive training, and we often hear from users who wonder whether cognitive training may improve their performance on the job. So far, there are just a few examples of cognitive interventions targeted to improve job performance.

One example is a 2008 study published in *Disability and Rehabilitation* by Wagner et al. of the Johannes-Gutenburg University in Germany. In Wagner's study a group of middle-aged employees with mild cognitive impairment underwent a cognitive-training program targeted to improve memory performance. Following the intervention, this group's memory performance improved significantly compared to the control group. Additionally, the experimental group reported improved work-related attitudes. Wagner's training program differs significantly from the computerized cognitive exercises you'll find on Lumosity.com: it involved group training at a test center in addition to at-home exercises, and also included training on memory strategies.

Considering these differences, how might the cognitive training on Lumosity.com be useful for workplace performance? Multiple studies have found Lumosity training to be effective in improving core cognitive capacities such as working memory and attention. Proficiency in these crucial functions has been correlated to manager ratings of workplace performance; for example, a 2007 study from Harvard psychologist Daniel Higgins published in the Journal of Personality and Social Psychology found that scores on tests of prefrontal cognitive functions like working memory were highly predictive of workplace performance in positions that require higher-order thinking.

So if a new job or promotion is on your wish list for 2012, why not put in some training time with popular working memory exercises like Memory Matrix or Playing Koi? And if you've found that Lumosity has given you a boost in your job search or workplace performance,

**Exhibit H, Page 1**

LUMOS-FTC00018867_HIGHLY_CONFIDENTIAL.html[11/18/2014 3:20:06 PM]

comment and tell us your story!

---

FILED UNDER: BRAIN GAMES

 **About Ben Katz**

Ben Katz is a Product Manager and Game Designer at Lumos Labs. He also coordinates the Lumosity Education Access Program, an outreach initiative that provides schools with access to Lumosity training for their students. Ben studied Film Studies and Psychology at Columbia University.

Find me on Google+

Back to Top ▲

## Lumosity blog

**Popular Posts**

The Science Behind Lumosity
Lumosity Introduces The Human Cognition Project
How much and how often should I train?
5 Habits Linked to Brain Health

**Recent Comments**

Lumosity Research Shows Improvements in Memory | on Mensa
Lumosity Cognitive Enhancement Research Published in Mensa
Reducing Age's impact upon Mental Abilities | Delightful & Distinctive COLRS on Your Aging Brain
Diet Sodas: Changing Your Brain And Your Waistline | AE CrossFit on Diet Sodas: Changing Your Brain And Your Waistline
Your Aging Brain | The Passive Voice on Your Aging Brain

**Connect**

Contact Us
Like Us on Facebook
Follow Us on Twitter
Watch Us on Youtube

**Lumosity**

Home
Gift Memberships
Family Plans
Activation Code
Help

**Lumos Labs**

Contact Us
About Us
Press
Partners
Careers
Privacy Policy
Terms of Service

Copyright © 2013 Lumos Labs, Inc. All Rights Reserved

**Exhibit H, Page 2**

```
 1                 OFFICIAL TRANSCRIPT PROCEEDING

 2                  FEDERAL TRADE COMMISSION

 3

 4

 5

 6    MATTER NO.      1323212

 7

 8

 9    TITLE                  LUMOSITY MOBILE AND ONLINE COGNITIVE

10                    GAMING

11

12

13    DATE           RECORDED:   DECEMBER 1, 2014

14

15                   TRANSCRIBED:   DECEMBER 9, 2014

16

17

18    PAGES          1 THROUGH 5

19

20

21

22

23

24                       PANDORA AD

25                     FTC00049054
```

```
 1                  FEDERAL TRADE COMMISSION

 2                       I N D E X

 3

 4   RECORDING:                        PAGE:

 5   Pandora Ad                          4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  FEDERAL TRADE COMMISSION

 2

 3

 4     In the Matter of:              )

 5     Lumosity Mobile and Online     )  Matter No. 1323212

 6     Cognitive Gaming               )

 7     ------------------------------)

 8                                    Date unknown

 9

10

11

12            The following transcript was produced from a

13     digital file provided to For The Record, Inc. on December

14     2, 2014.

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  P R O C E E D I N G S

 2                  –    –    –    –    –

 3                      PANDORA AD

 4            ANNOUNCER:  Hey, Pandora listener.  Can you

 5    remember the name of that song you just heard?  Most

 6    people find that memory declines with age.  But your

 7    memory doesn't have to.  Control and improve your memory

 8    with Lumosity.com, the personal trainer for your brain.

 9            Designed by neuroscientists and used by 25

10    million people, Lumosity employs the science of

11    neuroplasticity to improve your memory and attention.

12    Try a quick brain workout today.  Visit Lumosity.com.

13            (The recording was concluded.)

14

15

16

17

18

19

20

21

22

23

24

25
```

1     C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1323212

4     CASE TITLE: LUMOSITY MOBILE AND ONLINE COGNITIVE GAMING

5     TAPING DATE:  DATE UNKNOWN

6     TRANSCRIPTION DATE: DECEMBER 9, 2014

7

8         I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  DECEMBER 9, 2014

14

15

16                        ELIZABETH M. FARRELL

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                        SARA J. VANCE

# Select Your Subscription

## 25% Off Your Selection



### Monthly
SIMPLE AND EASY

$**14.95** /month

**SELECT**

*Recurring Billing*



**MOST POPULAR**

### Yearly

Promotion Price

$**4.66** /month*

~~$6.70 /month~~

**SELECT**

30-day money-back guarantee
*Recurring Billing*



### Two Year
PERFORMANCE GUARANTEE

Promotion Price

$**3.49** /month*

~~$4.99 /month~~

**SELECT**

30-day money-back guarantee
*Recurring Billing*

### Lifetime
ONE TIME PAYMENT

Promotion Price

$**209.97**

~~$299.97~~

**SELECT**

30-day money-back guarantee

*billed as one payment. **Billing details**

**Promotion code:** brighteryou  [ Apply Code ]

## Subscriber Benefits
Personalized training, access to 30+ games and exercises, and training reminders.

## Secure Data
Your personal results and data won't be shared and are secure with our encrypted servers.

## Benefits Everyone

In 2007, we learned that my mother had early onset Alzheimer's. I joined Lumosity at first for my mother. I now use this site not only for her, but for my brain as well.

Heather Van Lin, Daughter

## 30-Day Money-Back Guarantee
Your personal results and data won't be shared and are secure with our encrypted servers. *Excludes the monthly plan.*

## Cancel Anytime
You can upgrade or cancel your plan at anytime by visiting your Account settings.

This benefits me as a student as well. I can concentrate on concepts or problems in my head for a longer period of time and more clearly.

Oscar Lopez, Student

The mental workouts I get from Lumosity help me to stay on the right path. Through daily challenges I've broken out of the mind-numbing grind of my daily job.

Corey Linstrom, Professional

**Exhibit J, Page 1**

Follow Lumosity:    Visit Lumosity.com    Start Training

# lumosityblog

Who We Are     Science     Topics     Search the Blog

## The Benefits of Cognitive Reserve

By Joe Hardy | Posted January 24, 2011 |

Tweet    Email    ShareThis



*by Joe Hardy, PhD*

Exercising your brain at a young age can protect your cognitive abilities as you get older, a team of researchers at the University of California, San Francisco recently reported in the *Journal of the American Medical Association.* Led by Dr. Kristine Yaffe, the researchers followed a group of close to 1000 individuals for nine years, measuring brain function and taking blood samples along the way.

They found that levels of several compounds in the bloodstream – called beta-amyloids – predicted subsequent cognitive decline. These compounds are related to Alzheimer's Disease, so this relationship is not entirely surprising. The protective effects of brain exercise were more interesting. The researchers found that people with high levels of cognitive reserve – as measured by previous experiences with cognitively stimulating activities like education – were relatively protected against cognitive decline associated with these chemical changes. In other words, if you take two people with the same levels of blood plasma beta-amyloids, the person with more cognitive reserve (built up through prior brain exercise) is likely to have better cognitive fitness down the road.

The message is clear: cognitively stimulating activity is critical for brain health and fitness. The more you exercise your brain now, the better off you'll be later.

FILED UNDER: BRAIN HEALTH, RESEARCH ON LUMOSITY

**About Joe Hardy**

Dr. Joe Hardy is the Vice President of Research and Development at Lumos Labs. Joe works with an international team of researchers uncovering the secrets of cognitive enhancement. He has over 7 years of R&D experience in the field of cognitive training. Dr. Hardy received his PhD from UC Berkeley and performed his postdoctoral research fellowship at the UC Davis Medical Center.

Find me on Google+

### LUMOSITY ON YOUTUBE

### FACEBOOK LIKE BOX



Lumosity ✓

Like   You like this.
Like

You and 2,368,714 others like Lumosity. 2,368,714 people like Lumosity.

Facebook social plugin

**Exhibit K, Page 1**

Back to Top ▲

# lumosityblog

**Popular Posts**

The Science Behind Lumosity

Lumosity Introduces The Human Cognition Project

How much and how often should I train?

5 Habits Linked to Brain Health

**Recent Comments**

Lumosity Research Shows Improvements in Memory | on

Lumosity Cognitive Enhancement Research Published in Mensa

Reducing Age's impact upon Mental Abilities | Delightful & Distinctive COLRS on Your Aging Brain

Diet Sodas: Changing Your Brain And Your Waistline | AE CrossFit on Diet Sodas: Changing Your Brain And Your Waistline

Your Aging Brain | The Passive Voice on Your Aging Brain

**Connect**

Contact Us

Like Us on Facebook

Follow Us on Twitter

Watch Us on Youtube

## Lumosity

Home

Gift Memberships

Family Plans

Activation Code

Help

## Lumos Labs

Contact Us

About Us

Press

Partners

Careers

Privacy Policy

Terms of Service

Copyright © 2013 Lumos Labs, Inc. All Rights Reserved



%%DC::ELTVTEST::NAVSUBSCRIBE%%

%%DC::COUPONBANNER::COUPONBANNER%%

%%DC::RIGHTCOLUMNGAMES_2011.10.14::CLT TOP RIGHT COLUMN%%

Hi %%LOGIN%%,

# Cognitive Reserve and the Effects of Aging

### Training Tip

Want to improve your BPI? Visit your Brain Profile and train those areas that need the most improvement. Your brain will thank you.



Exercising your brain at a young age can protect your cognitive abilities as you get older, a team of researchers at the University of California, San Francisco, recently reported in the Journal of the American Medical Association. Led by Dr. Kristin Yaffe, the researchers followed a group of close to 1,000 individuals for nine years, measuring brain function and taking blood samples along the way. They found that levels of several compounds in the bloodstream – called beta–amyloids – predicted subsequent cognitive decline. These compounds are related to Alzheimer's Disease, so this relationship is not entirely surprising. The protective effects of brain exercise were more interesting. Read our blog to learn more.

%%DC::CTABUTTON_10VS20PERCENT::CTABUTTON%%

# Daily Dose of Brain Health

Testimonial

Debbi C., 57, Fort Lauderdale, FL

" I've been a Lumosity member since '08 and I can see a remarkable difference when I don't work on these brain games for a while. I know this is something I have to do as faithfully as the physical gym...daily! "

– The Lumosity Team

Follow Us     Like Us     Join Us     Watch Us

This email was sent to %%EMAIL%%. Your username is %%login%%.

Want to receive fewer emails? Update your email preferences or unsubscribe.

Have questions? We're here to help! Contact us anytime.

Lumos Labs, Inc. | 153 Kearny St, Floor 6 | San Francisco, CA 94108

 lumosity
reclaim your mind

Knowledge Center · Create Account · Member Login

| Home | Your Trainer | Courses | Games | Assessments | Your Profile | Create Account |

Courses | Core Brain Training | Peak Performance | Student | Medical Conditions

Courses > Medical Conditions > Lumosity ADHD

# Lumosity ADHD
SCIENTIFICALLY DESIGNED

- Specifically designed brain training for ADHD
- Develop sustained attention and focus
- Targets improvement of working memory
- Fun and easy: full workout in less than 10 minutes/day



**Enroll**

Status: *not yet completed*
Daily Sessions: *40*

### About Lumosity ADHD

Designed specifically to target Attention Deficit Hyperactivity Disorder (ADHD), this experimental course focuses on developing sustained attention and working memory.

### Why Lumosity Brain Training?

Lumosity's customized training programs are great way to help you structure your brain training. Created by some of the leading neuroscientists, Lumosity courses are designed to help you achieve lasting, noticeable results.

**Sample Games**



**Memory Matrix**
Exercises:
Spatial Recall
Working Memory



**Monster Garden**
Exercises:
Working Memory
Spatial Recall

## More courses

 **Lumosity TBI**

 **Lumosity Cancer Recovery II**

 **Lumosity Cancer Recovery I**

 **Lumosity PTSD**

## Other Course Categories

- Student
- Core Brain Training
- Peak Performance

## Lumosity Users Stories



*I'm a 20-year-old college student studying bioengineering, and as it turns out, I also have fairly severe ADHD, inattentive subtype – my test results say my processing speed and memory are on the low end of average, and that my visual attention is literally borderline! I've been plugging away at pretty much all of the games on your website, and though it's a bit too early to tell how much they've helped (the moment of truth won't come until exam season heats up again), I have noticed that after about two weeks of intensive memory, attention, and speed training, I'm able to read almost twice as fast as I was able to before, and my reflexes and spatial abilities seem to have improved enough that my martial arts performance (I spar competitively in Tae Kwon Do) has suddenly become much better. These effects seem to be entirely independent of my medication usage. I'm glad I found your site – I'm hoping that with enough persistence and diverse training, I'll be able to improve my visual attention and processing speed enough to at least reduce my medication dosage. Keep up the great work!*

*- Jenna Jouandet, 20 years old*

---

### #1 destination for cognitive training and learning games

**over 1 million member community**

Existing members login
New visitors create your free account
and find your friends on lumosity

**Lumosity Activity**

| Everyone | You | Friends |

**bgdik4u** got a personal record in By the Rules
4 Minutes Ago

**firebrand1** got a personal record in Word Sort
7 Minutes Ago

**gamecrab** completed session #1 of Attention Boost
8 Minutes Ago

**warf** learned Task Switching BPI with Brain Shift
10 Minutes Ago

**dilcue** got a personal record in Route to Sprout
12 Minutes Ago

### 98% of Users Recommend

When polled, 98% of subscribers said they recommend Lumosity to friends and family.

*"I find myself being a lot faster and more precise. The games are all together efficient, simple and the most important - FUN."*
- Kadi Karusaar, 26

### Secure Site

Trusted by the Better Business Bureau and McAfee Security.




---

POPULAR GAMES
BRAIN TRAINING
ABOUT US
LUMOSITY

Birdwatching · Raindrops · Speed Match · Lost in Migration · Word Bubbles
Speed · Memory · Attention · Flexibility · Problem Solving
Gift Memberships · Activation Code? · Privacy Policy · Terms of Service · FAQ
Program · Science · Company · Partners · News · Contact Us

Copyright 2009 Lumos Labs, Inc. All Rights Reserved

 Blog **New flexibility game!**

Improve your planning skills with Route to Sprout, the latest addition to Lumosity training for creative problem solving and planning ahead.

**Read More ►**

**Exhibit L, Page 1**

Follow Lumosity:      Visit Lumosity.com   Start Training

# lumosity blog

**Who We Are**     **Science**     **Topics**     [Search the Blog]

# We Want To Hear Your Story!

By Julie Nguyen | Posted September 28, 2009 |       Tweet   Email   ShareThis

We love hearing stories about how Lumosity has improved our users' cognitive abilities and changed their lives. If you have a Lumosity story to share, submit it here: http://www.lumosity.com/testimonials.

Here's an example of a touching testimonial that we recently received from Dr. David Darbro. Dr. Darbro suffered from a stroke in 2005, and he now uses Lumosity to regain lost mental function.

> *"Imagine not being able to speak … you are driving home one night when suddenly out of the blue your speech becomes gibberish….then imagine what it would be like to not be able to remember what number comes after 1,2,3,4, …. That description describes what I experienced in 2005. A week or so after I went into atrial fibrillation I had a stroke that hospitalized me.*
>
> *Ever since that time I have been working to regain lost mental function. Knowing that about my history hopefully allows you to understand my enthusiasm for your program. Lumosity provides me with a guide that is helping me restore lost cognitive function I suffered on that night in July 2005. Lumosity's method for cognitive improvement contains games that are fun to take; challenge one's mental performance; and at the same time encourage one to excel and outdo one's previous best score.*
>
> *It has been said that "no pain no gain" is as true in training the body as it is in training the brain. I believe there is some truth to that saying, and is why I work diligently taking these exercises daily and drive myself and sweat over them. The investment in time and effort required to blow out the mental cobwebs is yielding rewards. Exercising my brain to improve my mental status provides me with the confidence to go about my life. I know that nothing great is accomplished without hard work. And I also know that "if you don't use it you will lose it." I believe the Lumosity mental tests are keeping me from "losing it". The tests aim at improving skill in attention, memory, speed, mental flexibility, and problem solving. These five basic skills are needed if we are to function well in today's fast paced life. Not only am I regaining mental skills during my refreshing mental workout, but also my daily progress is documented. This documentation provides an objective measure of my brain's healing. I can document the fact that I am regaining previously lost mental function. I am most thankful.*
>
> *As a medical physician who is oriented to wellness I have a passion to help my patients and others regain lost function as I have done. Because mental functioning comprises a huge part of wellness I purpose to recommend your service to my patients and others. In short, the Lumosity method is a program of mental training that provides we members with a delightful way to prepare for whatever challenges life may have in store during our brief pilgrimage above sod. Thank you all for making this service available to us all."*
>
> *- Dr. David Darbro*

**LUMOSITY ON YOUTUBE**

**FACEBOOK LIKE BOX**



**Lumosity**
Like   You like this.
Like

You and 2,168,707 others like Lumosity. 2,168,707 people like Lumosity.

Facebook social plugin

**Exhibit M, Page 1**

LUMOS-FTC00019399_HIGHLY_CONFIDENTIAL.html[11/14/2014 4:41:49 PM]



**Tell us YOUR story!**

*Dr. David Darbro,*
*Age 73*

FILED UNDER: LUMOSITY NEWS

Back to Top ▲

## lumosityblog

**Popular Posts**

The Science Behind Lumosity

Lumosity Introduces The Human Cognition Project

How much and how often should I train?

5 Habits Linked to Brain Health

**Recent Comments**

Lumosity Research Shows Improvements in Memory | on

Lumosity Cognitive Enhancement Research Published in Mensa

Reducing Age's impact upon Mental Abilities | Delightful & Distinctive COLRS on Your Aging Brain

Diet Sodas: Changing Your Brain And Your Waistline | AE CrossFit on Diet Sodas: Changing Your Brain And Your Waistline

Your Aging Brain | The Passive Voice on Your Aging Brain

**Connect**

Contact Us

Like Us on Facebook

Follow Us on Twitter

Watch Us on Youtube

### Lumosity

Home

Gift Memberships

Family Plans

Activation Code

Help

### Lumos Labs

Contact Us

About Us

Press

Partners

Careers

Privacy Policy

Terms of Service

Copyright © 2013 Lumos Labs, Inc. All Rights Reserved



# Cognitive Training Improves Executive Function in Breast Cancer Survivors

## Randomized Controlled Study on Cancer-Related Cognitive Impairment Published in Peer-Reviewed Journal Clinical Breast Cancer

San Francisco, Calif. — May 14, 2013 — Women whose breast cancer had been treated with chemotherapy demonstrated improved executive function, such as cognitive flexibility, verbal fluency and processing speed after using exercises developed by Lumosity, the leading online cognitive training program. The study also found significant improvement in self-reported measures of everyday executive function and observed some transfer to verbal memory. Researchers at Stanford University published the results in the peer-reviewed journal, Clinical Breast Cancer. Dr. Shelli Kesler, Assistant Professor of Psychiatry and Behavioral Sciences at Stanford University is the lead author of the study.

Studies have found that chemotherapy causes changes in brain structure and function. The most common effects of the cognitive impairment associated with cancer treatment include memory, processing speed and attention. Up to 75 percent of women who have undergone chemotherapy for breast cancer treatment experience long-term cognitive deficits that significantly reduce quality of life.

"The most common quality-of-life complaint from breast cancer survivors is the cognitive effect of cancer treatments," said Joe Hardy, Ph.D, VP of Research & Development at Lumosity. "These results are interesting because they suggest that online cognitive training shows promise as an intervention for cognitive difficulties in breast cancer survivors, and even long-term survivors can benefit."

The study included 41 breast cancer survivors who were randomly

**lumosity**

START TRAINING    LOG IN

## Lumosity Press

NEWS    RELEASES    RESOURCES

# Cognitive Training Improves Executive Function in Breast Cancer Survivors

## Randomized Controlled Study on Cancer-Related Cognitive Impairment Published in Peer-Reviewed Journal Clinical Breast Cancer

San Francisco, Calif. — May 14, 2013 — Women whose breast cancer had been treated with chemotherapy demonstrated improved executive function, such as cognitive flexibility, verbal fluency and processing speed after using exercises developed by Lumosity, the leading online cognitive training program. The study also found significant improvement in self-reported measures of everyday executive function and observed some transfer to verbal memory. Researchers at Stanford University published the results in the peer-reviewed journal, Clinical Breast Cancer. Dr. Shelli Kesler, Assistant Professor of Psychiatry and Behavioral Sciences at Stanford University is the lead author of the study.

Studies have found that chemotherapy causes changes in brain structure and function. The most common effects of the cognitive impairment associated with cancer treatment include memory, processing speed and attention. Up to 75 percent of women who have undergone chemotherapy for breast cancer treatment experience long-term cognitive deficits that significantly reduce quality of life.

"The most common quality-of-life complaint from breast cancer survivors is the cognitive effect of cancer treatments," said Joe Hardy, Ph.D, VP of Research & Development at Lumosity. "These results are interesting because they suggest that online cognitive training shows promise as an intervention for cognitive difficulties in breast cancer survivors, and even long-term survivors can benefit."

The study included 41 breast cancer survivors who were randomly assigned to the active treatment group (n=21) and a 12-week waitlist (n=20). Study participants had a history of stages 1-3 breast cancer and treatment, a minimum age of 40, and were at least 18 months post-chemotherapy to allow for neural stabilization. They completed a session of five exercises four times a week for 12 weeks, with each session lasting about 20-30 minutes. Training tasks included switching, mental rotation, working memory, spatial sequencing, word stem completion, route planning and rule-based puzzle solving tasks available on lumosity.com.

The effectiveness of online cognitive training by conducting a pre-test before and a post-test after completion of the training program using psychometrically validated and standardized cognitive tests. The active treatment group experienced significantly larger gains on measures of executive function, word finding and processing speed, and a trending improvement on verbal memory, compared to the waitlist control group. The active group also showed reduced self-rated symptoms of everyday executive function problems.

The study is in press in the May online edition of Clinical Breast Cancer and will appear in an upcoming print edition of the journal. Study authors do not have any financial relationship or other conflicts of interest with Lumosity.

"We're committed to helping people from all walks of life improve their core cognitive abilities, and we're excited that this study has shown very promising results for a real-world clinical application of cognitive training for cancer survivors," said Hardy. "We've created Lumosity to be an accessible tool for anyone who wants to train their brain, as well as researchers who want to study the effects of cognitive training on specific populations."

Lumosity's research program, the Human Cognition Project , works with researchers worldwide to study human cognitive performance. The technology supports both experimental research, where independent researchers design and conduct studies on the effects of computerized cognitive training, and observational research, where collaborators explore data from Lumosity's database of 40 million people.

## About Lumos Labs

Lumosity is committed to pioneering the understanding and enhancement of the human brain to give each person the power to unlock their full potential. Lumosity's online and mobile programs train core cognitive abilities such as memory and attention. Launched in 2007, Lumosity now has more than 40 games, 40 million members, and paying subscribers from 180 countries. Lumosity's games are based on the latest discoveries in neuroscience, with continuing independent third-party studies being conducted by researchers at Harvard, Stanford, and other academic institutions. Lumosity is available at Lumosity.com and on the iPhone. Lumosity is headquartered in San Francisco, California. For more information, please visit www.lumosity.com.

## Dr. Shelli Kesler

Dr. Kesler is an Assistant Professor of Psychiatry and Behavioral Sciences, a licensed neuropsychologist, a Member of the Cancer Center and a Member of the Bio-X Program at Stanford University. She is the Director of the Neuropsychology and Neuroimaging Lab. Her research focuses on the neurobiologic effects of cancer as well as the development of practical methods for cognitive assessment and rehabilitation. She has received several federal grants for her work in cancer-related cognitive impairment including the NIH Director's New Innovator Award

Dr. Kesler has published several studies utilizing neuroimaging techniques

that den... well as studies describing the implementation of computerized cognitive training and rehabilitation methods. Dr. Kesler is also an attending neuropsychologist in the Child Psychiatry and Behavioral Medicine outpatient clinics at Stanford University Medical Center. She treats children and adults who have cancer-related cognitive disorders.

**Exhibit N, Page 4**