JONATHAN E. NUECHTERLEIN
General Counsel

MICHELLE RUSK, DC Bar No. 384850
ANNETTE SOBERATS, FL Bar No. 0093934
MARY JOHNSON, DC Bar No. 455345

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-10528
Washington, DC 20580

Email: mrusk@ftc.gov; asoberats@ftc.gov; mjohnson1@ftc.gov
Tel: (202) 326-3148, -2921, -3115; Fax: (202) 326-3259

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LUMOS LABS, INC., a corporation d/b/a LUMOSITY<br>and<br>KUNAL SARKAR, and<br>MICHAEL SCANLON,<br>Individually and as officers of LUMOS LABS, INC.<br><br>Defendants. | Case No. 3:16-cv-00001-SK<br><br>**JOINT MOTION TO ENTER STIPULATED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF** |

Plaintiff, the Federal Trade Commission ("Commission" or "FTC"), has filed a

Complaint for Permanent Injunction and Other Equitable Relief against defendants Lumos Labs,

Inc., Kunal Sarkar, and Michael Scanlon (collectively, "Defendants"), pursuant to Section 13(b)

of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), alleging unfair or

**JOINT MOTION TO ENTER
STIPULATED FINAL JUDGMENT**

deceptive acts or practices and false advertisements in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52.

The Commission and Defendants, having been represented by counsel and acting by and through such counsel, have consented to the entry of the proposed Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief attached as Exhibit 1 without a trial or adjudication of any issue of law or fact.  As a result, the FTC along with Defendants jointly and respectfully move the Court to enter the proposed Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief attached as Exhibit 1.

Dated:  January 4, 2016                     Respectfully submitted,

JONATHAN NUECHTERLEIN
General Counsel

_____/s/Michelle Rusk_____
Michelle Rusk
Annette Soberats
Mary Johnson
Federal Trade Commission
600 Pennsylvania Ave., NW; Mail Drop CC-10528
Washington, DC 20580
Tel: 202-326-3148, -2921, -3115; Fax 202-326-3259
mrusk@ftc.gov; asoberats@ftc.gov; mjohnson1@ftc.gov
Attorneys for Plaintiff Federal Trade Commission

Michael H. Rubin
Wilson Sonsini Goodrich & Rosati
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: 415-947-2000
mrubin@wsgr.com

**JOINT MOTION TO ENTER**                                              **PAGE 2**
**STIPULATED FINAL JUDGMENT**

Lydia B. Parnes
Margaret L. Lassack
Wilson Sonsini Goodrich & Rosati
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Tel: 202-873-8801, -8806
lparnes@wsgr.com; mlassack@wsgr.com
Attorneys for Defendant Lumos Labs, Inc.

David M. Jolley
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Tel: 415-591-6000
djolley@cov.com

John D. Graubert
Brandon Myers
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: 202-662-5938; -5132
jgraubert@cov.com; bmyers@cov.com
Attorneys for Defendants Kunal Sarkar, Michael Scanlon

**JOINT MOTION TO ENTER** **PAGE 3**
**STIPULATED FINAL JUDGMENT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2016, I served a true and correct copy of the attached *Joint Motion to Enter Stipulated Final Judgment and Order For Permanent Injunction And Other Equitable Relief* on the following counsel for Defendants via electronic mail:

Michael H. Rubin
Wilson Sonsini Goodrich & Rosati
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: 415-947-2000
mrubin@wsgr.com

Lydia B. Parnes
Margaret L. Lassack
Wilson Sonsini Goodrich & Rosati
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Tel: 202-873-8801, -8806
lparnes@wsgr.com; mlassack@wsgr.com
**Attorneys for Defendant Lumos Labs, Inc**.

David M. Jolley
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Tel: 415-591-6000
djolley@cov.com

John D. Graubert
Brandon Myers
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: 202-662-5938; -5132
jgraubert@cov.com; bmyers@cov.com
**Attorneys for Defendants Kunal Sarkar and Michael Scanlon**

**JOINT MOTION TO ENTER**                                              **PAGE 4**
**STIPULATED FINAL JUDGMENT**